UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH N. WHITE,<br><br>   Petitioner,<br><br> v.<br><br>ALBERTO GONZALES, *et al.*,<br><br>   Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0160 (RWR)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED that the Clerk of Court shall mail a copy of the Memorandum Opinion and this Order to petitioner at his address of record.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

Signed this 15th day of February, 2008.

                /s/
              RICHARD W. ROBERTS
              United States District Judge